IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MICHAEL MYERS,                )
                              )
           Plaintiff,         )
                              )
v.                            )    1:05CV00717
                              )
J.B. HUNT TRANSPORT, INC.,    )
                              )
           Defendant.         )
_____)

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Defendant's Motion for Summary Judgment [Doc. #14] is GRANTED. The state law claims in the Complaint are DISMISSED because the Court declines to exercise supplemental jurisdiction.

This the day of November 30, 2006

                                              /s/ N. Carlton Tilley, Jr.
                                            United States District Judge